# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 21, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

160987 & (33)

*In re* SCHWARTZ, Minors.

SC: 160987
COA: 349666
Muskegon CC Family Division:
17-004321-NA

_____/

      On order of the Court, the application for leave to appeal the January 23, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.  The motion to stay proceedings is DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 21, 2020



Clerk

s0407